ACCEPTED
06-15-00143-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2015 10:34:43 AM
DEBBIE AUTREY
CLERK

No. 06-15-00143-CR

In the Court of Appeals
For the Sixth Court of Appeals District
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/4/2015 10:34:43 AM

DEBBIE AUTREY
Clerk

## DELBERT SISEMORE VS. THE STATE OF TEXAS

ON APPEAL FROM 102ND DISTRICT COURT, BOWIE COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14F0490-102

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

COFER LAW, P.C.
Cody L. Cofer
State Bar No. 24066643
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

*Counsel for Delbert Sisemore*

## Identity of Parties and Counsel

**Appellant/Defendant:**

**Appellant/Defendant's Appellate Counsel:**

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

**State of Texas:**

**State of Texas Appellate Counsel:**

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to Texas Rules of Appellate Procedure 10.1, 10.5(b), and 38.6(d), the Appellant, Delbert Sisemore, files this *First Motion to Extend Time to File Appellant's Brief*.

Delbert Sisemore's brief is currently due on December 9, 2015.

Counsel for Delbert Sisemore requests a 30-day extension of time to file his brief, making the brief due January 8, 2016. This is the first request for extension of time to file Delbert Sisemore's brief.

Counsel for Delbert Sisemore relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- Counsel for Delbert Sisemore, Cody L. Cofer, was recently retained by Mr. Sisemore's family to represent Mr. Sisemore in this appeal. A *Motion to Substitute Counsel* was filed by counsel on December 1, 2015. A ruling on the *Motion to Substitute Counsel* has not yet been issued by the Court. Counsel will not have sufficient time to review the trial record and clerk's file and prepare a cogent brief by December 9, 2015, if the *Motion to Substitute Counsel* is granted.

- Counsel is lead counsel in Freddy Pickett vs. State, before the 396th District Court of Tarrant County Texas, cause number 1371913, for the offense of

Failure to Register, with jury selection beginning December 7, 2015. This is expected to be at least a three (3) day trial.

Counsel for Delbert Sisemore seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this *First Motion to Extend Time to File Appellant's Brief* and extend the deadline for filing the Appellant's Brief up to and including January 8, 2016. Delbert Sisemore requests all other relief to which he may be entitled.

Respectfully submitted,

COFER LAW, P.C.
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Tel: (817) 810-9395
Fax: (817) 764-7377

By: _____
Cody L. Cofer
State Bar No. 24066643
Attorney for Delbert Sisemore

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned conferred with opposing counsel who indicated that the State does not oppose this motion. Counsel also spoke with current attorney of record Derric McFarland who indicated that he does not oppose this motion.

_____
Cody L. Cofer

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on December 4, 2015, a copy of this motion was sent via efiling or fax to:

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

_____
Cody L. Cofer